IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : INDICTMENT |
| | : |
| | : CRIMINAL NO. 5:24-CR |
| WILLIAM CHARLES FRANKLIN | : |
| and STEFANY MORRIS FRANKLIN | : VIOLATION(S): |
| | : 18 U.S.C. § 1701 |
| | : 18 U.S.C. § 111 |
| | : 18 U.S.C. § 1513(b)(2) |
| | : 18 U.S.C. § 3 |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Obstruction of the Mails)

On or about June 11, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**WILLIAM CHARLES FRANKLIN,**

did knowingly and willfully obstruct the passage of the mail along the roadway of Elkins Road in Washington County, Georgia, to wit, by impeding the roadway, blocking the path, and threatening to do bodily harm to the mail carrier, D.W., all in violation of Title 18, United States Code, Section 1701.

## COUNT TWO
### (Assault upon a Federal Officer)

That on or about June 11, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, defendant

**WILLIAM CHARLES FRANKLIN,**

did forcibly assault and interfere with a person designated in 18 U.S.C. § 1114, to wit: a U.S Postal

Service mail carrier, D.W., while said employee was engaged in the performance of his official duties; all in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT THREE
### (Aggravated Assault upon a Federal Officer)

That on or about December 3, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, defendant

**WILLIAM CHARLES FRANKLIN,**

did forcibly assault and interfere with a person designated in 18 U.S.C. § 1114, to wit: a U.S Postal Service mail carrier, D.W., while said employee was engaged in the performance of his official duties, and in so doing utilized a dangerous weapon, to wit: a farming tractor, to ram into D.W.'s mail carrier vehicle; all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT FOUR
### (Retaliating against a Witness)

That on or about December 3, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, defendant

**WILLIAM CHARLES FRANKLIN,**

did knowingly engage and attempt to engage in conduct which caused bodily injury to D.W. and damage to tangible property, to wit: to an approved mail carrier vehicle operated by D.W., with the intent to retaliate against D. W. for information given by D.W. to a law enforcement officer relating to the commission and possible commission of a Federal offense, to wit: the events set forth in Counts One and Two of this indictment; all in violation of Title 18, United States Code, Section 1513(b)(2).

## COUNT FIVE
### (Accessory After the Fact)

On or about December 3, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**STEFANY MORRIS FRANKLIN,**

knowing that an offense against the United States had been committed by William Charles Franklin, by unlawfully assaulting and retaliating against a U.S. Postal Service mail carrier, in violation of 18 U.S.C. § 111(a)(1) and (b) and 1513(b)(2) respectively, did relieve, comfort and assist the offender, William Charles Franklin in order to hinder and prevent his apprehension, trial, or punishment by removing him from the scene of the assaultive retaliation; in violation of Title 18, United States Code, Section 3.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
PETER D. LEARY
UNITED STATES ATTORNEY

SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10 day of December AD 2024.

Deputy Clerk