IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 5:24-CR-67-MTT-CHW |
| | : |
| WILLIAM CHARLES FRANKLIN | : |
| and STEFANY MORRIS FRANKLIN, | : |
| | : |
| Defendants. | : |

## [PROPOSED] ORDER

The Court, having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 5:24-CR-67, and all documents filed therein, should be unsealed, it is ORDERED that the Motion be GRANTED and that Case No. 5:24-CR-67 be unsealed.

SO ORDERED, this 16th day of December, 2024.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

*s/Sonja B. Profit*
SONJA B. PROFIT
Assistant United States Attorney