IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-67 (MTT) |
| | ) |
| WILLIAM CHARLES FRANKLIN and | ) |
| STEFANY MORRIS FRANKLIN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Defendant William Charles Morris, by and through his attorney, has moved to continue this case until the next trial term.  Doc. 35.  The Court has confirmed the government does not oppose the motion.  In a separate motion, the government has moved to continue the case as to both co-defendants until the next trial term.  Doc. 38.  Neither defendant is opposed to the motion.  Doc. 38 at 3-4.  The co-defendants were indicted on December 10, 2024.  Doc. 1.  Defendant William Charles Morris had his arraignment in this Court on December 30, 2024.  Doc. 24.  Defendant Stefany Morris Franklin had her arraignment in this Court on December 19, 2024.  Doc. 21.  No prior continuances have been granted.  The parties now move the Court to continue this case to the next trial term to allow additional time for defense counsel to receive and review discovery.  Doc. 38 at 3-4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  Accordingly, the motions (Docs. 35; 38) are **GRANTED**.  The case is continued from the February term until the Court's next trial term presently

scheduled for **March 10, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 16th day of January, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
