IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:24-CR-67-MTT |
| v. | : | |
| WILLIAM CHARLES FRANKLIN | : | |

## VERDICT FORM

### Count One, Obstruction of the Mails

As to Count One, we, the jury find the Defendant **William Charles Franklin**:

\_\_\_\_\_ Not Guilty        __✓__ Guilty

### Count Two, Assault upon a Federal Officer

As to Count Two, we, the jury find the Defendant **William Charles Franklin**:

\_\_\_\_\_ Not Guilty        __✓__ Guilty

### Count Three, Aggravated Assault upon a Federal Officer

As to Count Three, we, the jury find the Defendant **William Charles Franklin**:

\_\_\_\_\_ Not Guilty        __✓__ Guilty

### Count Four, Retaliating against a Witness

As to Count Four, we, the jury find the Defendant **William Charles Franklin**:

\_\_\_\_\_ Not Guilty        __✓__ Guilty

1

**SO SAY WE ALL,** this 11 day of March, 2025.

