IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA : CRIMINAL NO. 5:24-CR-67-MTT
:
v. :
:
WILLIAM CHARLES FRANKLIN :
:

## SPECIAL FINDING

Do you find that the Defendant selected a victim or any property as the object of an offense of conviction because of actual or perceived race or color of any person?

1. Count Two: Assault Upon a Federal Officer

   ____No    ✓ Yes

2. Count Three: Aggravated assault upon a Federal Officer

   ____No    ✓ Yes

3. Count Four: Retaliating against a Witness

   ____No    ✓ Yes

**SO SAY WE ALL,** this 12 day of March, 2025.

